Hahn Loeser & Parks LLP
James E. Heffner (SBN 245406)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA  92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
jheffner@hahnlaw.com

Attorneys for Plaintiff,
Lifestyle Improvement Center, LLC
d/b/a Positive Changes Hypnosis Centers

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LIFESTYLE IMPROVEMENT CENTER, LLC D/B/A POSITIVE CHANGES HYPNOSIS CENTERS, a Virginia Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>HYPNOSIS FOR POSITIVE CHANGES a/k/a HYPNOSIS BEVERLY HILLS, and ALEXANDER HERTZBERG,<br><br>    Defendants. | Case No.:<br><br>COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND UNFAIR BUSINESS PRACTICES<br><br>DEMAND FOR JURY TRIAL |

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

For its Complaint against Defendants Hypnosis for Positive Changes a/k/a Hypnosis Beverly Hills and Alexander Hertzberg (collectively, "Defendants"), Plaintiff Lifestyle Improvement Center, LLC d/b/a Positive Changes Hypnosis Centers ("Positive Changes") states and avers as follows:

## JURISDICTION AND VENUE

1. This action arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), as well as common law trademark infringement, state and common law unfair competition, and common law unjust enrichment. This Court has subject matter jurisdiction over the federal trademark infringement and Lanham Act violations pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1332, 1338(a), and 1338(b). This Court has supplemental jurisdiction over the common law trademark infringement, state and common law unfair competition, and common law unjust enrichment claims pursuant to 28 U.S.C. § 1367.

2. This Court has personal jurisdiction over Defendants because Defendant Alexander Hertzberg is a resident of Los Angeles, California and Defendant Hypnosis for Positive Changes a/k/a Hypnosis Beverly Hills is located in Los Angeles, California and offers its services for sale in this district, Defendants have committed acts of trademark infringement and unfair competition in this district, and Defendants placed infringing services into the stream of commerce in this district.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b) because Defendants are residents of this district.

## STATEMENT OF THE CASE

4. Positive Changes is one of the nation's leading networks of behavior modification centers and has been servicing clients nationwide for over twenty years. At great cost, expense, and hard work by Positive Changes, customers have

come to associate the registered mark POSITIVE CHANGES HYPNOSIS with this high quality of service and with Positive Changes' standard of excellence. Defendants are using POSITIVE CHANGES to market their hypnosis services on the internet and within the state of California. This use by Defendants has already confused consumers in the marketplace into wrongly believing that Defendants' services are associated with Positive Changes. This confusion places all of the work Positive Changes has built in its products, services, and reputation within the market at risk. Positive Changes has sent a cease and desist letter to Defendants informing them of this issue and demanding that Defendants cease their confusing use of POSITIVE CHANGES. Without any justifiable reason, Defendants have ignored this request, leaving Positive Changes with no alternative but to bring this action for trademark infringement, unfair competition and unfair business practices under the Federal Lanham Act, the common law, and the laws of the State of California.

## PARTIES

5. Plaintiff Positive Changes is a Virginia limited liability company with its principal place of business located at 125 Robins Square Court, Robins, Iowa 52328.

6. Upon information and belief, Defendant Hypnosis for Positive Changes a/k/a Hypnosis Beverly Hills is a sole proprietorship of Defendant Alexander Hertzberg with its principal place of business located at 10350 Santa Monica Boulevard, Suite 300, Los Angeles, California 90025.

7. Upon information and belief, Defendant Alexander Hertzberg is an individual residing in Los Angeles, California.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

**PLAINTIFF'S BUSINESS AND ITS TRADEMARK**

8. Plaintiff Positive Changes is one of the nation's leading networks of behavior modification centers. Positive Changes uses powerful personal coaching and proven hypnosis techniques to help individuals lose weight, stop smoking, manage pain, reduce stress, and much more.

9. Positive Changes has been using the POSITIVE CHANGES HYPNOSIS service mark in connection with its services in interstate commerce for more than 20 years.

10. Positive Changes is the owner of U.S. Service Mark Registration No. 2,508,646 for the mark POSITIVE CHANGES HYPNOSIS, as well as other related federally-registered marks, for use in connection with, *inter alia*, "behavior modification and hypnosis" services. Positive Changes has used the mark POSITIVE CHANGES HYPNOSIS in connection with the aforementioned services in interstate commerce since November 9, 1995.

11. On December 4, 2007, the U.S. Patent and Trademark Office issued a Notice of Acceptance under Sections 8 and 15 of the Trademark Act (15 U.S.C. §§ 1058, 1065). Accordingly, Plaintiff's rights to the mark POSITIVE CHANGES HYPNOSIS for the above mentioned services were deemed "Incontestable" under Section 15 of the Trademark Act.

12. Positive Changes' services are negotiated and purchased through its sales staff. In addition to marketing materials sent to prospective customers by mail, and sales calls and meetings conducted with potential customers, Positive Changes' website plays a large role in the marketing of the POSITIVE CHANGES HYPNOSIS staffing and recruiting services to its customers. (*See* Pl.'s Ex. 1.)

13. The POSITIVE CHANGES HYPNOSIS mark is distinctive and is strongly associated in the minds of the relevant consumers with the quality of the services originating from Positive Changes.

14. At great cost, expense, and hard work, Positive Changes has developed a demand for its services in the marketplace associated with its POSITIVE CHANGES HYPNOSIS service mark. The POSITIVE CHANGES HYPNOSIS mark is widely recognized within the industry and by the consumers as indicating the source of Positive Changes' services, and is distinctive of Positive Changes' services, resulting in substantial goodwill of great importance and value to Positive Changes.

## DEFENDANTS' UNLAWFUL ACTIVITIES

15. Defendants entered the business of hypnosis using the term "Positive Changes" in conjunction with a location in Los Angeles, California. According to their website, Defendants offer "hypnosis services for individuals seeking help" with certain challenges (*See* Pl's Ex. 2, true and correct copies of pages printed from Defendants' website located at www.hypnosisbeverlyhills.com.)

16. Upon information and belief, Defendant Hypnosis for Positive Changes is a sole proprietorship located in California but is not incorporated or organized in California.

17. Defendants use the term "Positive Changes" in their advertising and marketing materials. (*See* Ex. 2.)

18. In a letter dated January 14, 2016, Positive Changes first advised Defendants of their wrongful use of its mark rights and further advised that Defendants' use of POSITIVE CHANGES was likely to cause consumer confusion. Plaintiff Positive Changes requested Defendants immediately cease and desist from all further use of POSITIVE CHANGES in connection with its provision of products and/or services to consumers.

19. Despite Plaintiff's continuing request, Defendants have refused to discontinue their use of the term POSITIVE CHANGES in connection with their

4

Complaint For Trademark Infringement, Unfair Competition And Unfair Business Practices

services, particularly in hypnosis. Defendants continue to improperly use the very same term today.

20. Plaintiff Positive Changes has not consented to, sponsored, endorsed, or approved of Defendants' use of the term POSITIVE CHANGES, alone or in conjunction with a design, on any products or services.

21. Defendants' use of the term POSITIVE CHANGES in commerce in connection with their products and/or services has and is likely to confuse, mislead and deceive the public as to the origin of the goods and/or services, or cause these persons to believe that the products and/or services have been sponsored, approved, authorized or licensed by Positive Changes, and/or that Defendants are in some way affiliated or connected with Positive Changes.

22. In addition to causing confusion and deceit to the consumer regarding the source of Defendants' products and/or services, the valuable reputation of Positive Changes and the goodwill in the POSITIVE CHANGES HYPNOSIS brand has been and is likely to be diminished by its association with Defendants' products, services, and website.

23. By using the term POSITIVE CHANGES, Defendants are causing a likelihood of confusion. Defendants are also causing "initial interest confusion" through the use of the POSITIVE CHANGES term on-line in connection with their website www.hypnosisbeverlyhills.com because consumers searching the Internet for information on Positive Changes are being directed to Defendants' website and mistakenly believe that they are affiliated with or sponsored by Positive Changes.

24. Defendants are trading off of the goodwill in Plaintiff's POSITIVE CHANGES HYPNOSIS service mark by using the term POSITIVE CHANGES in the same marketing channels, including the Internet, to offer the same services (behavior modification and hypnosis) to the same customers (individual

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

consumers), as those offered by Plaintiff Positive Changes under the POSITIVE CHANGES HYPNOSIS service mark.

25. Positive Changes has requested that Defendants cease their acts of trademark infringement and unfair competition, and have given Defendants actual notice of Plaintiff's rights in the POSITIVE CHANGES HYPNOSIS service mark but Defendants willfully ignore and refuse to cease their unlawful acts of trademark infringement.

## FIRST CLAIM
### (Trademark Infringement Under 15 U.S.C. § 1114)

26. Positive Changes incorporates and realleges herein all of the foregoing paragraphs of its Complaint as if fully set forth herein.

27. Defendants' use of the term POSITIVE CHANGES in connection with the sale and marketing of hypnosis products or services is causing confusion and/or mistake and will likely continue to deceive others into believing that Defendants' products and/or services originate with, are sponsored by, approved by, or are affiliated with Positive Changes.

28. Defendants' acts, as herein alleged, constitute infringement of the Positive Changes' registered service mark under 15 U.S.C. § 1114.

29. Defendants continue to carry out these acts of infringement with knowledge of and in conscious disregard of Positive Changes' rights, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

30. Positive Changes has been, and will continue to be, damaged by Defendants' willful trademark infringement in a manner and amount that cannot be fully measured or compensated in economic terms, for which there is no adequate remedy at law.

31. The actions of Defendants have damaged and will continue to damage Positive Changes' business, market, reputation, and goodwill, and

discourage current and potential customers from dealing with Positive Changes. Such irreparable damage will continue unless the acts of Defendants are enjoined.

## SECOND CLAIM

### (Federal Unfair Competition Under Lanham Act § 43, 15 U.S.C. § 1125(a))

32. Positive Changes incorporates and realleges herein all of the foregoing paragraphs of its Complaint as if fully set forth herein.

33. Defendants' use of the term POSITIVE CHANGES is causing confusion and/or mistake, or is likely to continue to deceive others as to the origin or sponsorship of Defendants' services or commercial activities in violation of 15 U.S.C. § 1125(a).

34. As a direct and proximate result of Defendants' willful and deliberate conduct, Positive Changes has suffered and will continue to suffer, substantial injuries, loss, and damage to its business and goodwill in an amount to be proven at trial.

35. If Defendants are permitted to continue their willful and deliberate acts of infringement, Positive Changes will continue to be irreparably harmed. Monetary damages alone cannot compensate Positive Changes for the detrimental and unreasonable harm that Defendants have and will continue to cause to Positive Changes. For these reasons, Positive Changes has sought, and is entitled to, preliminary and permanent injunctive relief prohibiting Defendants from using confusingly similar terms in connection with its products and/or services.

## THIRD CLAIM

### (Common Law Trademark Infringement)

36. Positive Changes incorporates and realleges herein all of the foregoing paragraphs of its Complaint as if fully set forth herein.

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

37. Positive Changes' mark POSITIVE CHANGES HYPNOSIS is inherently distinctive and has acquired strong distinctive designation for Positive Changes' services.

38. Defendants' use of the term POSITIVE CHANGES in connection with their products and/or services is causing confusion with purchasing consumers as to the source of origin or sponsorship of Defendants' goods and/or services.

39. By virtue of Defendants using the term POSITIVE CHANGES in connection with their products and/or services, Positive Changes has suffered and will continue to suffer great damage to its business, goodwill, and reputation.

40. Defendants' use of the term POSITIVE CHANGES in connection with their products and/or services has irreparably harmed and will continue to irreparably harm Positive Changes.

41. Defendants continue to carry out acts of infringement in conscious disregard of Positive Changes' rights after being apprised of Plaintiff's rights and mark.

42. If Defendants are permitted to continue their willful and deliberate acts of infringement, Positive Changes will continue to be irreparably harmed. Monetary damages alone cannot compensate Positive Changes for the harm that Defendants have caused and will continue to cause to Positive Changes. For these reasons, Positive Changes has sought and is entitled to preliminary and permanent injunctive relief prohibiting Defendants from using confusingly similar terms in connection with their products and/or services.

# FOURTH CLAIM

## (Unfair Competition and Unfair Business Practices Under Cal. Bus. & Prof. Code)

43. Positive Changes incorporates and realleges herein all of the foregoing paragraphs of its Complaint as if fully set forth herein.

44. Defendants' activities identified herein constitute an unfair method of competition in business and unlawful and unfair business practices, which is damaging to the public interest, in violation of the California Bus. & Prof. Code Section 17200.

45. Defendants' use of the term POSITIVE CHANGES, which mimics and infringes upon Positive Changes' mark, has been and is knowingly, willfully, and deliberately a fraudulent representation.

46. As a direct and proximate result of the knowing, willful and deliberate conduct of Defendants, Positive Changes has suffered and will continue to suffer, substantial injuries, loss, and damages to its business and goodwill in an amount to be proven at trial.

47. If Defendants are permitted to continue their willful and deliberate acts of infringement, Positive Changes will continue to be irreparably harmed. Monetary damages alone cannot compensate Positive Changes for the harm that Defendants have and will continue to cause. For these reasons, Positive Changes has sought and is entitled to preliminary and permanent injunctive relief prohibiting Defendants from using confusingly similar terms in connection with its products and/or services.

# FIFTH CLAIM

## (Common Law Unjust Enrichment)

48. Positive Changes incorporates and realleges herein all of the foregoing paragraphs of its Complaint as if fully set forth herein.

49. Defendants have benefited by using the term POSITIVE CHANGES in connection with selling products and/or providing services.

50. These benefits have been conferred on Defendants at the expense of Plaintiff Positive Changes.

51. Defendants are aware of the benefits that have been conferred.

52. Under the circumstances, Defendants' retention of these benefits at the expense of Positive Changes is inequitable.

53. By using the term POSITIVE CHANGES in connection with their products and/or services, Defendants have been unjustly enriched at the expense and to the detriment of Plaintiff Positive Changes.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Positive Changes prays for entry of judgment in its favor and against Defendants as follows:

1. A preliminary and permanent injunction restraining and enjoining Defendants, and all of their agents, successors, and assigns, and all persons in active concert or participation with any of them, from using the term POSITIVE CHANGES, or any other term or name, alone or in combination with other words or symbols, which is confusingly similar to the POSITIVE CHANGES HYPNOSIS mark, or which is likely to cause confusion or mistake or to deceive, including any use on the Defendants' website and on the Internet;

2. A preliminary and permanent injunction restraining and enjoining Defendants, and all of their agents, successors, and assigns, and all persons in active concert or participation with any of them, from seeking federal registration of "POSITIVE CHANGES," alone or in combination with any other words or symbols, which is confusingly similar to the POSITIVE CHANGES HYPNOSIS mark, or which is likely to cause confusion or mistake or to deceive;

3. An order requiring Defendants to deliver to Positive Changes all

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

products, labels, marketing, promotional and other materials in its possession, custody, or control bearing the term POSITIVE CHANGES, or any other term or name, alone or in combination with other words or symbols, which is confusingly similar to the POSITIVE CHANGES HYPNOSIS mark, or which is likely to cause confusion or mistake or to deceive;

    4.    An order requiring Defendants to discontinue use of the term POSITIVE CHANGES on their website, located at www.hypnosisbeverlyhills.com;

    5.    An order requiring Defendants to file with this Court and serve upon Positive Changes within thirty (30) days after the entry of the permanent injunction a report, in writing and under oath, setting forth in detail the manner and form in which they have complied with the injunction; and

    6.    That Defendants be required to pay Positive Changes such damages as Positive Changes has sustained, or will sustain, in consequence of Defendants' false description and representation, false designation of origin, unfair competition and trademark infringement, and to account for all gains, profits, and advantages derived by Defendants that are attributable to such unlawful acts; and that such damages be trebled against Defendants, as provided by 15 U.S.C. § 1117, the common law and the laws of the State of California;

    7.    That the Court adjudge this to be an exceptional case and require Defendants to pay for the costs of this action, including reasonable attorneys' fees and interest, and treble damages, as provided by 15 U.S.C. § 1117, the common law and the laws of the State of California;

    8.    That Defendants be ordered to pay Plaintiff prejudgment and post judgment interest on all sums allowed by law; and

    9.    An award to Positive Changes of such other and further relief as this Court shall deem just.

Respectfully submitted,

**HAHN LOESER & PARKS, LLP**


/s/  James E. Heffner
James E. Heffner
*Counsel for Plaintiff*
*Lifestyle Improvement Center, LLC d/b/a*
*Positive Changes Hypnosis Centers*